IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BRIAN KEITH LINDSAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:25-cv-124-JDK-KNM |
| § | |
| JUDGE KERRY L. RUSSEL, et al., § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Brian Keith Lindsay filed this lawsuit on April 11, 2025. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition. After providing an opportunity for Lindsay to amend his claims, the Magistrate Judge issued a Report recommending that the claims against the State of Texas be dismissed without prejudice for lack of jurisdiction, that the claims against ADA McQueen, the Tyler Police Department, and Smith County Jail be dismissed with prejudice for failure to state a claim, and that the claims against John Jarvis and Amy Blaylock be dismissed without prejudice for failure to state a claim. Docket No. 15. No written objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

1

examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendations, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 15) as the findings of this Court.

It is therefore **ORDERED** that the claims against the State of Texas are **DISMISSED** without prejudice for lack of jurisdiction, the claims against ADA McQueen, the Tyler Police Department, and Smith County Jail are **DISMISSED** with prejudice for failure to state a claim on which relief may be granted, and the claims against John Jarvis and Amy Blaylock are **DISMISSED** without prejudice. *See* FED. R. CIV. P. 12(b)(1), (6); 28 U.S.C. § 1915(e)(2)(B)(iii).

**So ordered and signed on this**

**Aug 6, 2025**

                                            _____
                                            JEREMY D. KERNODLE
                                            UNITED STATES DISTRICT JUDGE